Pro Se 1 2016

FILED
LODGED
RECEIVED | MAIL

DEC 10 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

18-CV- 1780 JCC

CHARMANE SMITH

_____

_____,

Plaintiff(s),

v.

AMAZON

_____

_____,

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes ☐ No

I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: CHARMANE SMITH
Street Address: 4952 WILLOW ROAD
City and County: MEMPHIS - SHELBY
State and Zip Code: TN  38117
Telephone Number: (901) 761-1678

CITIZEN OF TENNESSEE STATE

COMPLAINT FOR A CIVIL CASE - 1

1  B.     Defendant(s)

2     *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | AMAZON CORPORATION |
| Job or Title *(if known)* | |
| Street Address | 1200 12TH AVE., SOUTH, STE. 1200 |
| City and County | SEATTLE - KING COUNTY |
| State and Zip Code | WA  98144 |
| Telephone Number | |

INCORPORATED IN DELAWARE STATE

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question           ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

B.   If the Basis for Jurisdiction Is Diversity of Citizenship

    1.   The Plaintiff(s)

        a.   If the plaintiff is an individual.

The plaintiff (name) __CHARMANE SMITH__, is a citizen of the State of (name) __TENNESSEE__.

        b.   If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.   The Defendant(s)

        a.   If the defendant is an individual.

The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

        b.   If the defendant is a corporation.

The defendant, (name) __AMAZON__, is incorporated under the laws of the State of (name) __DELAWARE__, and has its principal place of business in the State of (name) __WASHINGTON__.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

BECAUSE THE DAMAGES BEING SUED FOR AMOUNT TO $10,000,000.00; LOST INCOME & POTENTIAL BUSINESS INCOME AND DAMAGE TO COMPUTERS, APPLIANCES, AND ELETRONICS,

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

MY AMAZON FIRE TABLET HAS BEEN DAMAGED BY ITS FAULTY PROCESSING OF APPLICATIONS INSTALLED AND/OR DISTRIBUTED THROUGH THE SILK BROWSER. INABILITY TO USE THE TABLET OBSTRUCTED BUSINESS PLANS/VENTURES ESTIMATED TO BE IN EXCESS OF $10 MILLION. DESIGN DEFECT, SECONDARY, INDIRECT, ENTERPRISE, & STRICT LIABILITIES,

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

MONETARY AWARD IN THE AMOUNT $10,000,000.00 FOR ECONOMIC, CONSEQUENTIAL, LOST POTENTIAL INCOME, LOST EXPECTED BENEFIT, ACTUAL DAMAGES AND ALL COURT, ATTORNEY, AND LAWSUIT ADVANCE COSTS, FEES, & INTEREST.

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

Pro Se 1 2016

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: DECEMBER 5, 2018

Signature of Plaintiff: *Charmane Smith*

Printed Name of Plaintiff: CHARMANE SMITH

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6

Attn: Clerk Office
U.S. District Court - Western
700 Stewart Street, Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED

MAIL

DEC 10 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

NEMPHIS TN 380

98101-444285