THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARMANE SMITH, | CASE NO. C18-1780-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court previously directed Plaintiff to file an amended complaint in a different lawsuit. *See Smith v. Amazon*, Case No. C18-1607, Dkt. No. 7 (W.D. Wash. November 26, 2018). It appears that Plaintiff's proposed complaint (Dkt. No. 1) was intended as an amended complaint in her other lawsuit. The Clerk is DIRECTED to file the proposed complaint (Dkt. No. 1) as an amended complaint in *Smith v. Amazon*, Case No. C18-1607. The Clerk is further DIRECTED to terminate Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. No. 5) and close this case.

//

//

//

MINUTE ORDER
C18-1780-JCC
PAGE - 1

DATED this 2nd day of January 2019.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk